Joshua Ellis Massaquoi

10607 Vista Linda Drive

Bowie, Maryland 20701

Case: 1:21–cv–02320
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/30/2021
Description: Pro Se Gen. Civ. (F-DECK)

VS

American University

4400 Massachusetts Avenue NW

Washington, DC 20016

Compliant

Joshua Massaquoi was dismissed From American University based on his criminal record that was expunged.